IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA DOMINGUEZ,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL<br>Commissioner of the Social Security Administration,<br><br>        Defendant. | CIVIL ACTION<br>NO. 18-613 |

## **ORDER**

**AND NOW**, this 5th day of December 2019, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Doc. No. 17), Plaintiff's Objections to the Report and Recommendation (Doc. No. 18), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 18) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 17) is **APPROVED AND ADOPTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court shall close this case for statistical purposes.

                                        BY THE COURT:


                                        /s/ Joel H. Slomsky
                                        JOEL H. SLOMSKY, J.